U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED     LAFAYETTE

JUL 30 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOB MCCALISTER BELL, SR.<br>LA. DOC #442374<br>VS. | CIVIL ACTION NO. 6:14-0775<br><br>SECTION P<br><br>JUDGE DOHERTY |
| WARDEN, RIVER CORRECTIONAL CENTER | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** this petition for federal *habeas corpus* relief should be **DISMISSED WITHOUT PREJUDICE** because petitioner failed to fully and properly exhaust available State court remedies prior to filing his petition.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 29 day of July, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 7/30/14
BY: EFD
TO: CB